# THE RUSSO TRIAL LAWYERS

Anthony J. Russo, Jr. *
Suzanne J. Friedman
Jonathan V. Pierre ++
James Kelly +
Brett Yorke +++ Of Counsel

*Admitted in FL, NY, NJ, TX & D.C.
+Admitted in NY
++Admitted in FL, NY & AZ
+++Admitted in CA

October 2, 2025

*[Handwritten note from Judge: The response to the complaint is due 11/11/25. There shall be no further extension. The conference is adjourned to 11/14/25 at 10:00 am.*

*Denise Cote*
*10/2/25]*

**VIA ECF**

Honorable Denise Cote
United States District Judge
United States Courthouse, Courtroom 18B
500 Pearl Street
New York, NY 10007

Re:   Logan v. Playa Bowls, LLC, 25-cv-6640 (DLC) Joint Request to Adjourn Initial Pretrial Conference

Dear Judge Cote:

We write jointly on behalf of Plaintiff Craig Logan and Defendant Playa Bowls, LLC, to respectfully request (1) a brief adjournment of the Initial Pretrial Conference currently scheduled for October 10, 2025, at 11:30 a.m, and (2) an extension of Defendant's deadline to answer, move, or otherwise respond to the Complaint, from October 10, 2025 to November 11, 2025. This is the parties' first request for an adjournment of the Initial Pretrial Conference, and second request for an extension of Defendant's deadline to respond to the Complaint. These extensions will not affect any other deadlines.

An adjournment of these deadlines would serve the interests of judicial economy and allow the parties to submit a more comprehensive and useful joint report to the Court. Specifically, defense counsel is preparing a letter for Plaintiff's review "addressing certain factual inaccuracies in the Complaint that should be withdrawn or amended". The parties believe it would be a more efficient use of time and resources to review this letter and discuss its potential impact on the pleadings and the scope of discovery before conferring on a proposed case management plan. This will allow the parties to present the Court with a more informed proposed schedule. Similarly, an extension of Defendant's deadline to respond to the Complaint will allow the parties an opportunity to discuss whether an amended pleading should be filed, before they expend unnecessary resources on motion practice that may be rendered moot by such an amended pleading.

Phone : 844.847.8300 · www.TheRussoFirm.com · Fax : 954.767.0656

Miami · Fort Lauderdale · Palm Beach · Melbourne · Orlando · Tampa · Fort Myers · Jacksonville · Pensacola
New York · New Orleans · Dallas · Houston · San Antonio · Scottsdale · Los Angeles

Pursuant to Your Honor's Individual Practices, the parties have conferred and are available for a rescheduled Initial Pretrial Conference on any of the following Fridays: November 7, November 14, 2025, or any other date that is convenient for the Court.

We thank the Court for its time and consideration of this joint request.

Respectfully submitted,

/s/ *James C. Kelly*
James C. Kelly
THE RUSSO FIRM

Counsel for Plaintiff

Baldassare Vinti (by permission)
PROSKAUER ROSE LLP

Counsel for Defendant