UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                              :

CRAIG LOGAN,                         :

                          :         25cv6640(DLC)
                     Plaintiff,   :
            -v-                    :         ORDER
                                                :

PLAYA BOWLS, LLC,                 :

                                                :

                     Defendant.   :

                                                :
---------------------------------------- X

DENISE COTE, District Judge:

On December 11, 2025, the defendant filed a motion to dismiss the plaintiff's first amended complaint in this action pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P.  An Order of November 12 directed the plaintiff to file any second amended complaint by January 12, 2026, and alerted the plaintiff that he would likely not have another opportunity to amend.  The plaintiff filed a second amended complaint on January 12. Accordingly, it is hereby

ORDERED that the defendant's December 11 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

-    Motion served by **February 3, 2026**
-    Opposition served by **February 17, 2026**
-    Reply served by **February 24, 2026**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          January 13, 2026

                                 DENISE COTE
                        United States District Judge

2