**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CRAIG LOGAN, individually and on behalf of all
others similarly situated,

                            Plaintiff,

            -against-                                      25 **CIVIL** 06640 (DLC)

                                                                   **JUDGMENT**

PLAYA BOWLS, LLC,

                         Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 23, 2026, the defendant's February 3, 2026,

motion to dismiss is granted, and the case is closed.

**Dated:** New York, New York

        March 24, 2026

                                        **TAMMI M. HELLWIG**

                                          **Clerk of Court**

                         **BY:**

                                          **Deputy Clerk**